UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

JOSUE PAGUADA, Individually, and On       :    Case No.: 1:22-cv-00924-AT
Behalf of All Others Similarly Situated,     :
                                            :
                                            :
                    Plaintiff,              :
                                            :    **NOTICE OF VOLUNTARY DISMISSAL**
    vs.                                     :
                                            :
                                            :
THE CHICKEN POUND LLC,                      :
                                            :
                    Defendant.              :
                                            :
                                            :
                                            :
_____ x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Josue Paguada hereby gives notice that

the above-captioned action is voluntarily dismissed, with prejudice, against defendant The Chicken

Pound LLC.


DATED:  July 13, 2022                **MIZRAHI KROUB LLP**


                                     _____/s/ Edward Y. Kroub_____
                                          EDWARD Y. KROUB

                                     EDWARD Y. KROUB
                                     JARRETT S. CHARO
                                     WILLIAM J. DOWNES
                                     200 Vesey Street, 24th Floor
                                     New York, NY  10281
                                     Telephone:  212/595-6200
                                     212/595-9700 (fax)
                                     ekroub@mizrahikroub.com
                                     jcharo@mizrahikroub.com
                                     wdownes@mizrahikroub.com

                                     *Attorneys for Plaintiff*